1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HOLLY CRANDON, et al.,

            Plaintiffs,

      v.

MIGUEL MASSO,

            Defendant.

Case No. 18-cv-02601 NC

**ORDER TO SHOW CAUSE REGARDING GUARDIAN AD LITEM**

Re: Dkt. No. 1

On May 2, 2018, plaintiff Holly Crandon filed a complaint on behalf of minor plaintiff D.C., but to date has not filed a motion to be appointed as D.C.'s guardian ad litem with the Court. She must do so.

"District courts have a special duty, derived from Federal Rule of Civil Procedure 17(c), to safeguard the interests of litigants who are minors." *Robidoux v. Rosengren*, 638 F.3d 1177, 1181 (9th Cir. 2011). "Rule 17(c) provides, in relevant part, that a district court 'must appoint a guardian ad litem—or issue another appropriate order—to protect a minor or incompetent person who is unrepresented in an action.'" *Id.* (quoting Fed. R. Civ. P. 17(c)(2)). "The decision to appoint a guardian ad litem under Rule 17(c) is normally left to the sound discretion of the trial court[.]" *Davis v. Walker*, 745 F.3d 1303, 1310 (9th Cir. 2014).

Thus, Ms. Crandon must file a motion to be appointed as guardian ad litem by July 10, 2018.

Case No. 18-cv-02601 NC

**IT IS SO ORDERED.**

Dated: June 26, 2018

_____
NATHANAEL M. COUSINS
United States Magistrate Judge